# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| TARA THOMAS, | § | |
| Plaintiff, | § | CIVIL ACTION NO. 1:15-CV-00397-TH |
| v. | § | |
| BEAUMONT POLICE DEPARTMENT, | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The court has received and considered the report and recommendation of the magistrate judge, which recommends that the court dismiss Plaintiff Tara Thomas's cases for failure to prosecute. (Doc. No. 5.) No objections were filed to the magistrate judge's report and recommendation, and the time for doing so has passed.

It is, therefore, **ORDERED** that the magistrate judge's report and recommendation (Doc. No. 5) is **ADOPTED** and the following cases are dismissed without prejudice: 1:15-cv-00392; 1:15-cv-00397; 1:15-cv-00403; 1:15-cv-00414; 1:15-cv-436. The clerk of court is directed to close these cases and terminate all pending motions.

**SIGNED** this the 18 day of **July, 2016.**

Thad Heartfield
United States District Judge